### June 19, 1969

## Commonwealth *v.* Free, Appellant.

Argued March

10, 1969. *W. Saye,* for appellant; *James G. Morgan, Jr.,* Assistant District Attorney, with him *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.